**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK**

_____

**RONNIE GUARNIERI,**

                 **Plaintiff,**

                       **v.**

**ERIC KELLEY et al.,**

                 **Defendants.**

**3:19-cv-318
(GLS/ML)**

_____

## ORDER

On April 4, 2019, Magistrate Judge David E. Peebles issued an Order, Report, and Recommendation (R&R), which recommends that plaintiff *pro se* Ronnie Guarnieri's complaint, (Compl., Dkt. No. 1), be dismissed, with leave to replead. (Dkt. No. 10.) Pending before the court are Guarnieri's objections[1] to the R&R. (Dkt. No. 15.) For the reasons that follow, the R&R is adopted in its entirety.

When a report and recommendation is filed, the parties have fourteen (14) days from receipt of the report to file specific, written objections to proposed findings and recommendations. *See* 28 U.S.C.

---

[1] Guarnieri has submitted a document labeled "Answer to Court Recommendation." (Dkt. No. 15.) In an abundance of caution and due to the liberality with which *pro se* actions are to be treated, the court construes Guarnieri's submission as objections to the R&R.

§ 636(b)(1)(C); Fed. R. Civ. P. 72(b)(2); N.D.N.Y. L.R. 72.1(c). Guarnieri's objections were due on or before April 22, 2019, however, he did not object until May 7, 2019, (Dkt. No. 15), making his objections untimely. Nevertheless, in light of Guarnieri's *pro se* status, the court has considered his untimely objections for clear error. *See Almonte v. N.Y. State Div. of Parole*, No. Civ. 904CV484, 2006 WL 149049, at *5 (N.D.N.Y. Jan. 18, 2006). The court, having carefully reviewed the record, finds no clear error in the R&R and adopts it in its entirety.

Accordingly, it is hereby

**ORDERED** that the Order, Report, and Recommendation (Dkt. No. 10) is **ADOPTED** in its entirety; and it is further

**ORDERED** that Guarnieri's complaint (Compl.) is **DISMISSED**, with leave to replead within thirty days of the date of this Order; and it is further

**ORDERED** that, if Guarnieri files a timely amended complaint, the Clerk shall forward it to the Magistrate Judge for review; and it is further

**ORDERED** that, if Guarnieri fails to file an amended complaint within the time allotted, the Clerk shall enter judgment dismissing this action without further order of the court; and it is further

**ORDERED** that the Clerk provide a copy of this Order to Guarnieri.

**IT IS SO ORDERED.**

October 30, 2019
Albany, New York

*Gary L. Sharpe*
Gary L. Sharpe
U.S. District Judge